DJF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
AUGUSTIN SAJOUS,                                  :     09-CV-2920 (ARR)(RLM)
:
                         Plaintiff,               :
  -against-                                       :     NOT FOR
                                                  :     PRINT OR ELECTRONIC
ERIC HOLDER,                                      :     PUBLICATION
:
                         Defendant.               :     ORDER
:
-------------------------------------------------------------------- X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated January 6, 2010 from the Honorable Roanne L. Mann, United States Magistrate Judge, recommending that the case be dismissed for failure to prosecute. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, this case is dismissed for failure to prosecute.

SO ORDERED.

                                             /S/
                                       Allyne R. Ross
                                       United States District Judge

Dated: February 17, 2010
       Brooklyn, New York

SERVICE LIST:

Plaintiff (Pro Se):
Augustin Sajous
3424 Cortelyou Rd., Apt.# 3D
Brooklyn, NY 11203

Defendant:
Margaret M. Kolbe
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820

cc: Magistrate Judge Mann