UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AUGUSTIN SAJOUS,   JUDGMENT
   09-CV- 2920 (ARR)
                            Plaintiff,

  -against-

ERIC HOLDER,

                            Defendant.
------------------------------------------------------------------X

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on February 17, 2010, adopting in its entirety the unopposed Report and Recommendation of Magistrate Judge Roanne L. Mann, dated January 6, 2010, after a review; and dismissing the case for failure to prosecute; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the unopposed Report and Recommendation of Magistrate Judge Roanne L. Mann is adopted in its entirety; and that judgment is hereby entered dismissing the case for failure to prosecute.


Dated: Brooklyn, New York
       February 18, 2010

                                                /S/
                                   ROBERT C. HEINEMANN
                                   Clerk of Court